**Electronically Filed
Supreme Court
SCWC-24-0000458
13-MAY-2026
07:51 AM
Dkt. 11 ODAC**

SCWC-24-0000458

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

BRANDY BLAS, Petitioner/Defendant-Appellee,

and

THOMAS BLAS, SR., Respondent/Defendant-Appellee,

and

DEBRA GERON, Respondent/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000458; CASE NO. 1CPC-24-0000150)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Morikone, assigned by reason of vacancy)

The application for writ of certiorari filed by Petitioner/Defendant-Appellee Brandy Blas on March 26, 2026 is hereby rejected.

DATED: Honolulu, Hawai'i, May 13, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kevin T. Morikone

